United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH HUFNAGEL, ET AL.,                                No. C 08-00489 (JCS)

        Plaintiff(s),
                                                                     CLERK'S NOTICE
    v.

ROY LAPISH,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for May 2, 2008, at 1:30 p.m., has been reset to **May 9, 2008, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint case management conference statement shall be due by **May 2, 2008.** Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: January 31, 2008

                                                            FOR THE COURT,
                                                           Richard W. Wieking, Clerk

                                         by: _____
                                                      Karen L. Hom
                                                      Courtroom Deputy