ANNE HIARING, Esq. State Bar No. 88639
Law Office of Anne Hiaring
711 Grand Avenue, Suite 260
San Rafael, CA 94901
Telephone: (415) 457-2040
Facsimile:  (415) 457-2822
Email: anne@hiaringlaw.com

Attorney for Plaintiffs
KEITH HUFNAGEL,
and PETITE SOEUR, INC. d.b.a. HUF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH HUFNAGEL, and PETITE SOEUR, INC. d.b.a. HUF, <br><br> Plaintiffs, <br><br> vs. <br><br> ROY LAPISH and DOES 1-10, <br><br> Defendant. | Case No. C 08-00489 JCS <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

Plaintiffs, Keith Hufnagel and Petite Soeur, Inc. d.b.a. HUF, in the above-captioned matter respectfully decline to consent to the assignment of this case to a United States

///

///

///

MAGISTRATE JUDGE DECLINATION AND REASSIGNMENT REQUEST
- 1 -

1  Magistrate Judge for trial and disposition and request the reassignment of this case to a United
2  States District Judge.

3                                          Respectfully submitted,

4  DATED: February 6, 2008               LAW OFFICE OF ANNE HIARING

7                                    By: _____
                                         Anne Hiaring, Esq.
8                                        711 Grand Avenue, Suite 260
                                         San Rafael, CA 94901
9                                        (415) 457-2040
                                         anne@hiaringlaw.com

                                         Attorney for KEITH HUFNAGEL and
                                         PETITE SOEUR, INC., d.b.a. HUF

---

MAGISTRATE JUDGE DECLINATION AND REASSIGNMENT REQUEST
- 2 -