ANNE HIARING, Esq. State Bar No. 88639
Law Office of Anne Hiaring
711 Grand Avenue, Suite 260
San Rafael, CA 94901
Telephone: (415) 457-2040
Facsimile:  (415) 457-2822
Email: anne@hiaringlaw.com

Attorney for Plaintiffs
KEITH HUFNAGEL,
and PETITE SOEUR, INC. d.b.a. HUF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH HUFNAGEL, and PETITE SOEUR, INC. d.b.a. HUF, <br><br> Plaintiffs, <br><br> vs. <br><br> ROY LAPISH and DOES 1-10, <br><br> Defendant. | Case No. C 08-00489 JSW <br><br> **CERTIFICATE AND RETURN OF SERVICE** |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]
DATE: march 20, 2008 4:05pm

Name of SERVER: Anthony Jones
TITLE: Agent

Check one box below to indicate appropriate method of service

[x] Served Personally upon the Defendant. Place where served: 1429 Cambridge DR Laplace, LA 70068

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on march 20, 2008
Date

Signature of Server

Address of Server: P.O. Box 23131 N.O. LA 70183

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure