IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH HUFNAGEL, and PETITE SOEUR, INC. d.b.a. HUF, | Case No. C 08-00489 JSW |
| Plaintiffs, | **CONSENT DECREE** GRANTED |
| vs. | |
| ROY LAPISH and DOES 1-10, | |
| Defendant. | |

The parties have agreed to a settlement of the claims between them, and to entry of this consent decree, it is hereby ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the parties to this action and over the subject matter pursuant to 15 U.S.C. § 1051, *et. seq.*, and 28 U.S.C. §§ 1338 and 1391.

2. Plaintiffs, KEITH HUFNAGEL and PETITE SOUEUR, INC. d.b.a. HUF, manufacture and market clothing and skateboard equipment under the federally registered

trademark HUF, HUF (Stylized), [logo], and the unregistered trademark SKYLINE LOGO:

[skyline logo image]

3. Plaintiff KEITH HUFNAGEL has used the mark HUF since at least as early as 1992 on skateboard equipment and clothing.

4. Plaintiff KEITH HUFNAGEL is the owner of the following registrations in the U.S. Patent and Trademark Office:

    A. U.S. Trademark Registration No. 2,994,661, HUF (Stylized), for "t-shirts, sneakers, sweat shirts and hats", in International Class 25;

    B. U.S. Registration No. 3,312,384, HUF, for "clothing, namely, t-shirts, sneakers, sweat shirts, socks, and hats", in International Class 25;

    C. U.S. Registration No. 3,312,385, HUF, for "retail and on-line retail store services, featuring sneakers, clothing and skateboard products", in International Class 35; and

    D. U.S. Registration No. 3,312,419, "HUF", for "skateboard trucks, decks and wheels", in International Class 28.

5. Plaintiffs have the exclusive right to use the HUF, HUF (Stylized) and SKYLINE LOGO marks to identify the source or origin of its products manufactured, marketed and sold under its HUF, HUF (Stylized) and SKYLINE LOGO marks for clothing, skateboard equipment, general merchandise and retail store services.

6. Plaintiffs have the exclusive right to the use name or trademark HUF, HUF (Stylized) and SKLYINE LOGO in commerce on or in connection with clothing, skateboard equipment, general merchandise and retail store services.

7. Defendant, ROY LAPISH, provides graphic art design services under the federally registered mark HUF.

8. Defendant has used the mark HUF since at least as early as 1995 providing graphic art design services.

9. Defendant is the owner of the registration in the U.S. Patent and Trademark Office HUF, U.S. Registration No. 2,832,970, for "provide[sic] graphic art design services for others, namely, preparing designs for business logos, websites, business cards, compact disk covers, fliers [sic], magazine layout; and design services for others in the field of clothing", in International Class 42.

10. Plaintiff agrees that Defendant can continue to use the mark HUF in connection with graphic art design services and maintain his federal service mark registration for the mark HUF, U.S. Registration No. 2,832,970.

11. Plaintiff also agrees that Defendant can retain the domain names www.huf2much.com and www.hufragz.com and maintain the websites hosted at these website addresses in connection with offering graphic art design services.

12. Defendant agrees to cease all use of the term HUF or variants of HUF, including but not limited to HUFRAGZ and HUF2MUCH, now and in the future in connection with the sale of clothing and any products or services unrelated to graphic art design services.

13. Defendant agrees to remove any online clothing store using the term HUF on eBay and/or similar sites, including but not limited to "HUF T-Shirt Company".

14. Defendant agrees to expressly abandon his applications to register the marks HUFRAGZ, Application Serial No. 77/151,851, and HUF2MUCH, Application Serial No. 77/152,000, for clothing in International Class 25.

15. Defendant agrees to dismiss with prejudice the Trademark Trial and Appeal Board Cancellation No. 92048618, instituted by Defendant against Plaintiff KEITH HUFNAGEL's federally registered HUF mark, Reg. No. 2,994,661.

16. Defendant agrees to not contest ownership in the future of the HUF, HUF (Stylized) and SKYLINE LOGO marks owned by Plaintiffs.

17. Both parties agree that this matter was a business dispute that has been resolved by the parties; both parties agree to refrain from making any statement or representations that in any way negatively publicizes the other party's enforcement of its trademark rights.

18. The parties having settled all damage issues between themselves, no award of damages is made, and each party shall bear its own attorneys' fees and costs.

///

///

///

19. The parties will file contemporaneously a Stipulation to Entry of Consent Decree and Consent Decree in this same form in the pending civil action filed by Defendant in the United States District Court, Eastern District of Louisiana (New Orleans), Case No. 2:07-cv-03071-SRD-JCW.

IT IS SO ORDERED:

Dated: April 14, 2008

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

WE HEREBY CONSENT TO ENTRY OF THIS CONSENT DECREE:

Dated: 4.8.2008

LAW OFFICE OF ANNE HIARING

By: Anne Hiaring, Esq.
Attorney for Plaintiffs

Dated: 4-7-008

By: Roy LaPish, Individually